UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: TINA WILLIAMS, | : | Chapter 13 |
| | : | Case No. 5:19-bk-01997-MJC |
| Debtor, | : | |

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE d/b/a MR. COOPER | : | Motion for |
| Movant | : | Relief from Stay |
| | : | |
| v. | : | |
| | : | |
| TINA WILLIAMS | : | |
| Respondent | : | |
| JACK N. ZAHAROPOULOS, | : | |
| Trustee. | : | |

**ANSWER TO MOTION FOR RELIEF ON BEHALF OF RESPONDENT**

AND NOW comes Debtor, TINA WILLIAMS, by and through her attorneys, Newman Williams, P.C., and answers the Motion for Relief of Nationstar Mortgage d/b/a Mr. Cooper as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor believes she is current with post-petition mortgage payments.

7. Denied. Debtor believes she is current with post-petition mortgage payments.

8. Denied. Debtor believes she is current with post-petition mortgage payments in which event termination of the automatic stay is not warranted.

9. Denied. This is a conclusion of law to which no response is required.

10. Denied. This is a conclusion of law to which no response is required.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
      Robert J. Kidwell, Esquire
      712 Monroe Street
      Stroudsburg, PA 18360
      (570) 421-9090
      rkidwell@newmanwilliams.com
      *Attorney for Debtor*