United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tina Williams  
    Debtor

Case No. 19-01997-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 24, 2023     Form ID: 3180W     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Williams, 2170 Titania Road, Tobyhanna, PA 18466-8266 |
| 5196084 | | AARON'S, 15 CARRIAGE SQUARE, RT 196, TOBYHANNA, PA 18466 |
| 5212488 | | AT&T CORP, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5196092 | | HELLER'S GAS, 500 NORTH POPLAR STREET, BERWICK, PA 18603-1526 |
| 5196097 | + | PALISADES COLLECTION LLC, C/O MANN BRACKEN LLP, 4660 TRINDLE RD STE 300, CAMP HILL, PA 17011-5610 |
| 5196098 | + | PIONEER CREDIT RECOVERY, PO BOX 189, ARCADE, NY 14009-0189 |
| 5196100 | + | REMOTE NEUROMONITORING PHYS, PO BOX 11407, DEPT 2105, BIRMINGHAM, AL 35202-1407 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5196085 | | Email/Text: bankruptcynotices@aarons.com | Feb 24 2023 18:41:00 | AARON'S INC, PO BOX 102746, ATLANTA, GA 30368-2746 |
| 5196086 | + | EDI: GMACFS.COM | Feb 24 2023 23:49:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5196087 | + | Email/Text: bankruptcies@amerassist.com | Feb 24 2023 18:41:00 | AMERASSIST AR SOLUTIONS, ATTN: BANKRUPTCY, 1105 SCHROCK RD STE 502, COLUMBUS, OH 43229-1174 |
| 5196088 | | Email/Text: FSBank@franklinservice.com | Feb 24 2023 18:41:00 | AT&T, C/O FRANKLIN COLLECTION SVC, PO BOX 3910, TUPELO, MS 38803-3910 |
| 5223777 | | EDI: GMACFS.COM | Feb 24 2023 23:49:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5196089 | + | EDI: CONVERGENT.COM | Feb 24 2023 23:49:00 | CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004 |
| 5196090 | | EDI: DFAS.COM | Feb 24 2023 23:49:00 | DEFENSE FINANCE & ACCT SVC, INDIANAPOLIS CENTER, 8899 EAST 56TH STREET, INDIANAPOLIS, IN 46249-3300 |
| 5196091 | | EDI: DIRECTV.COM | Feb 24 2023 23:49:00 | DIRECTTV, PO 6550, GREENWOOD VILLAGE, CO 80155-6550 |
| 5220463 | | EDI: DIRECTV.COM | Feb 24 2023 23:49:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5196093 | ^ | MEBN | Feb 24 2023 18:39:21 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5196094 | + | Email/Text: mc@marshalcoleman.com | Feb 24 2023 18:41:00 | MAGNOLIA COMPANY, C/O MARSHAL COLEMAN ESQ, 32 BROADWAY STE 1710, NEW YORK, NY 10004-1629 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5196095 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2023 18:41:00 | MR COOPER, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5196096 | ^ | MEBN | Feb 24 2023 18:39:08 | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5199492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2023 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, Texas 75019-4620 |
| 5221083 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2023 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5211429 | + | EDI: CBSTDR | Feb 24 2023 23:49:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5196101 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 24 2023 18:41:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, FORT WASHINGTON, PA 19034-2733 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5196099 | ##+ | RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Tina Williams rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

Vincent Rubino
    on behalf of Debtor 1 Tina Williams
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tina Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8561<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-01997-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tina Williams

2/24/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2